FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

02 JUN 27 AM 10: 50
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| TERRY D. WATSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 01-BU-0008-W |
| ) | |
| WARDEN JOHN NAGLE, et al, ) | |
| ) | |
| Respondent(s). ) | |

ENTERED
JUN 27 2002

### MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 26th day of June, 2002.

H. DEAN BUTTRAM, JR.,
UNITED STATES DISTRICT JUDGE